IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAXON, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>LG ELECTRONICS U.S.A. INC.,<br><br>      Defendant. | Case No. 1:16-cv-06840<br><br>Judge: Hon. Gary Feinerman |
| MAXON, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ON CORP US, INC.<br><br>      Defendant. | Case No. 1:16-cv-6841 |
| MAXON, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>VIZIO, INC.,<br><br>      Defendant. | Case No. 1:16-cv-06846 |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Maxon, LLC and Defendants LG Electronics U.S.A. Inc., On Corp US, Inc., and Vizio, Inc. hereby stipulate to dismissal of the above-captioned actions without prejudice, each party to bear its own costs and attorneys' fees.

Dated: May 31, 2017                                     Respectfully Submitted,


/s/ Stephen C. Jarvis                                   /s/ Jamie B. Beaber
Matthew M. Wawrzyn (#6276135)                           Jamie B. Beaber (*pro hac vice*)
*matt@wawrzynlaw.com*                                   Mayer Brown LLP
Stephen C. Jarvis (#6309321)                            1999 K Street NW
*stephen@wawrzynlaw.com*                                Washington, D.C. 60606
WAWRZYN & JARVIS LLC                                    (202) 263-3000
2700 Patriot Boulevard, Suite 250                       jbeaber@mayerbrown.com
Glenview, IL 60026
847.656.5864                                            Robert G. Pluta (IL Bar No. 6278255)
                                                        Amanda K. Streff (IL Bar No. 6307195)
*Counsel for Maxon, LLC*                                Mayer Brown LLP
                                                        71 S. Wacker Drive
                                                        Chicago, IL 60606
                                                        (312) 782-0600
                                                        rpluta@mayerbrown.com
                                                        astreff@mayerbrown.com

                                                        Michael A. Molano (*pro hac vice*)
                                                        Mayer Brown LLP
                                                        Two Palo Alto Square, Suite 300
                                                        3000 El Camino Real
                                                        Palo Alto, CA 94306
                                                        (650) 331 2000
                                                        mmolano@mayerbrown.com

                                                        *Attorneys for LG Electronics U.S.A., Inc.*


/s/ Reid E. Dodge                                       /s/ Rex Hwang

Daniel J. Schwartz, No. 6230229                         Robert D. Leighton
**FAEGRE BAKER DANIELS LLP**                            robert.leighton@goldbergkohn.com
311 S. Wacker Dr., Suite 4300                           GOLDBERG KOHN, LTD.
Chicago, IL 60606                                       55 East Monroe, Suite 3300
Telephone: 312.212.6500                                 Chicago, IL 60603
Facsimile: 312.212.6501                                 Phone: (312) 201-4000
Email: daniel.schwartz@faegrebd.com
                                                        Adrian M. Pruetz
Trevor Carter (*pro hac vice*)                          apruetz@glaserweil.com
    Indiana Bar No. 18562-49                            Rex Hwang
Reid E. Dodge (*pro hac vice*)                          rhwang@glaserweil.com
    Indiana Bar No. 32567-49                            Guy M. Rodgers
**FAEGRE BAKER DANIELS LLP**                            grodgers@glaserweil.com

| | |
|---|---|
| 300 North Meridian Street, Suite 2700<br>Indianapolis, IN 46204-1750<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: trevor.carter@faegrebd.com<br>Email: reid.dodge@faegrebd.com<br><br>*Attorneys for On Corp US, Inc.* | GLASER WEIL FINK HOWARD<br>   AVCHEN & SHAPIRO LLP<br>10250 Constellation Blvd., 19th Floor<br>Los Angeles, CA 90067<br>Phone: (310) 553-3000<br>Fax:   (310) 556-2920<br><br>*Counsel for Defendant<br>VIZIO, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on May 31, 2017 a true and correct copy of the foregoing **Stipulation of Dismissal Without Prejudice** was filed electronically with the Clerk of the Court using the CM/ECF system, thereby serving all counsel of record.

*/s/ Stephen C. Jarvis*